JUDGE JOHN H. CHUN
Trial Date: October 11, 2022

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN FITE,<br><br>Defendant,<br><br>and<br><br>AUSTIN K. FITE, as individually,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY AND METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, registered foreign insurers doing business within the State of Washington; and "JOHN AND JANE DOES" 1-10,<br><br>Defendants | NO. C 3:20-cv-05697 JHC<br><br>STIPULATED MOTION FOR BRIEF EXTENSION OF DISCOVERY MOTION DEADLINE AND DISCOVERY CUTOFF<br><br>**NOTED FOR CONSIDERATION: MONDAY, MAY 16, 2022** |

STIPULATED MOTION FOR BRIEF EXTENSION OF
DISCOVERY MOTION DEADLINE AND DISCOVERY CUTOFF
CAUSE NO. C20-5697 JHC - 1

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 · FAX 752-1035

The parties jointly stipulate and move the court for an Order granting a modest extension of the dates for the filing of all motions related to discovery and for the completion of discovery which under the current case schedule are set for May 16, 2022 and June 13, 2022. The parties request that the Court enter an Order on the parties' stipulation extending the date for filing of all motions related to discovery to June 15, 2022 and extending discovery cutoff in this case to July 7, 2022. The parties at this time are not requesting any other extension of the deadlines set forth within the current case schedule which was issued by the Court on October 25, 2021.

Good cause exists for this extension because Metropolitan still needs to provide promised supplementation to its answers to Plaintiff's Interrogatories and Request for Production, as well an appropriate privilege log relating to its original answers and any supplemental responses.

It has been agreed by the parties that that supplementation shall occur on or about May 23, 2022, after the date currently set for the filing of motions relating to discovery. As it is unknown until such supplementation is provided as to whether or not discovery issues will remain to exist to be resolved by the Court, it is requested that there be a modest extension of the deadlines discussed above.

Additionally, until such supplementation has occurred, and such additional information is provided to plaintiff's expert, Gary Williams, he will be unable to finalize his opinion in this case. Once Mr. Williams' opinions have been finalized, the defense has expressed an intent to take his deposition at that time, thus necessitating an extension of discovery cutoff deadline in this case.

Also, counsel for Mr. Fite needs the supplemental information promised by Metropolitan in order to make a determination as to whether they will note the depositions of Metropolitan claims handling personnel. Given the current schedules of the counsel for both parties,

STIPULATED MOTION FOR BRIEF EXTENSION OF
DISCOVERY MOTION DEADLINE AND DISCOVERY CUTOFF
CAUSE NO. C20-5697 JHC - 2

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 • FAX 752-1035

additional time is needed beyond the current discovery cut-off date to ensure such tasks can be completed.

Therefore, the parties submit that there is good cause for the modest extension of the above-referenced deadlines, which would not materially affect the other deadlines in this case. The parties respectfully ask the Court to grant the stipulated motion and provide these modest extensions.

DATED THIS 16th day of May 2022

*s/Paul A. Lindenmuth*
Paul A. Lindenmuth, WSBA #15817
Ben F. Barcus, WSBA #15576
Email: paul@benbarcus.com
Email: ben@benbarcus.com
The Law Offices of Ben F. Barcus & Associates, PLLC
4303 Ruston Way
Tacoma, WA 98402
(253) 752-4444
Attorneys for Austin K. Fite

*s/Joseph D. Hampton*
Joseph D. Hampton, WSBA #15297
Michelle E. Kierce Skaurud, WSBA #48051
Email: jhampton@bpmlaw.com
Email: mskaurud@bpmlaw.com
Betts, Patterson & Mines, PS
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
(206) 292-9988
Attorneys for Metropolitan Group Property And Casualty Insurance and Metropolitan Property Insurance Company

//

//

STIPULATED MOTION FOR BRIEF EXTENSION OF DISCOVERY MOTION DEADLINE AND DISCOVERY CUTOFF
CAUSE NO. C20-5697 JHC - 3

Law Offices Of Ben F. Barcus & Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 • FAX 752-1035

## ORDER

The stipulated motion of the parties is GRANTED.

The date for filing of all motions related to discovery is continued from June 13, 2022, to July 7, 2022; and the date for discovery cutoff is continued from May 16, 2022 to June 15, 2022.

DATED THIS 23rd day of May, 2022.

*John H. Chun*

JUDGE JOHN H. CHUN
UNITED STATES DISTRICT COURT JUDGE

---

STIPULATED MOTION FOR BRIEF EXTENSION OF
DISCOVERY MOTION DEADLINE AND DISCOVERY CUTOFF
CAUSE NO. C20-5697 JHC - 4

Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 • FAX 752-1035

# CERTIFICATE OF SERVICE

I, **Thea Wescott,** hereby declare under the penalty of perjury under the laws of the State of Washington that the following is true and correct:

1. That I am over the age of 18 years of age, have personal knowledge of the facts herein, and am competent to testify thereto.

2. I am a paralegal working for *The Law Offices of Ben F. Barcus & Associates, PLLC.*

3. On May 16th, 2022, a true and correct copy of this document was sent via Email to the following:

Joseph D. Hampton, WSBA #15297
Michelle E. Skaurud, WSBA #48051
Betts Patterson & Mines
701 Pike Street #1400
Seattle, WA 98101
Email: jhampton@bpmlaw.com;
mskaurud@bpmlaw.com

DATED this 16th day of May, 2022, at Tacoma, Washington.

*s/Thea Wescott*
Thea Wescott, Paralegal
thea@benbarcus.com
The Law Offices of Ben F. Barcus &
Associates, PLLC
4303 Ruston Way
Tacoma, WA 98402

---

STIPULATED MOTION FOR BRIEF EXTENSION OF
DISCOVERY MOTION DEADLINE AND DISCOVERY CUTOFF
CAUSE NO. C20-5697 JHC - 5

**Law Offices Of Ben F. Barcus
& Associates, P.L.L.C.**
4303 Ruston Way
Tacoma, Washington 98402
(253) 752-4444 • FAX 752-1035