1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>     Plaintiff,<br><br> v.<br><br>AUSTIN FITE,<br><br>     Defendant.<br>AUSTIN FITE,<br><br>     Consolidated Plaintiff,<br><br> v.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY AND METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, registered foreign insurers doing business in the State of Washington; and "JOHN AND JANE DOES" 1-10,<br><br>     Consolidated Defendants. | CASE NO. 3:20-cv-05697-JHC<br><br>ORDER |

ORDER - 1

This matter comes before the Court on Metropolitan Group Property and Casualty Insurance Company's Motion for Reconsideration. Dkt. # 62. The Court concludes that there was no manifest error in the prior ruling, *see* LCR 7(h), and therefore DENIES the motion.

Dated this 15th day of September, 2022.

John H. Chun
United States District Judge

ORDER - 2