1
2
3
4
5

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN K. FITE,<br><br>Defendant.<br><br>AUSTIN K. FITE,<br><br>Consolidated Plaintiff,<br><br>vs.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY AND METROPOLITAN PROPERTY INSURANCE COMPANY, registered foreign insurers doing business in the State of Washington; and "JOHN AND JANE DOES" 1-10,<br><br>Consolidated Defendants. | NO. 3:20-CV-05697-JHC<br><br>ORDER DENYING PLAINTIFF METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION TO STAY DAMAGES CLAIMS OR PHASE THE TRIAL |

THIS MATTER has come for hearing before this Court on Plaintiff Metropolitan Group Property and Casualty Insurance Company's Motion to Stay Damages Claims or Phase the Trial. Dkt. # 55.  The Court has considered the Motion, and the submissions in support and opposition thereto, and is fully apprised in the premises.  NOW, THEREFORE, it is hereby ORDERED as follows:

The Court DENIES the motion.

DATED this 19th day of September, 2022.

_____
United States District Judge
John H. Chun