UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>AUSTIN FITE,<br><br>Defendant.<br><br>AUSTIN FITE,<br><br>Consolidated Plaintiff,<br><br>v.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY AND METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, registered foreign insurers doing business in the State of Washington; and "JOHN AND JANE DOES" 1-10,<br><br>Consolidated Defendants. | CASE NO. 3:20-cv-05697-JHC<br><br>ORDER ON AUSTIN FITE'S FIRST MOTION IN LIMINE |

This matter comes before the Court on Austin Fite's first Motion in Limine. *See* Dkt. # 58 at 2–6.  Having considered the submissions in support of and in opposition to the motion, the applicable law, and the case file, the Court hereby GRANTS the motion in part and DENIES

ORDER ON AUSTIN FITE'S FIRST MOTION IN LIMINE - 1

the motion in part.  The Court will permit Mr. Rankin to testify at trial.  But his testimony will be limited to his communications with the Fites and their counsel; he may not testify regarding communications with MetLife.  Also, the Court hereby GRANTS Austin Fite leave until the end of this month to depose Mr. Rankin.

Dated this 8th day of November, 2022.

*John H. Chun*
John H. Chun
United States District Judge