UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, now known as FARMERS GROUP PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>AUSTIN FITE,<br><br>　　　　　　Defendant. | CASE NO. 3:20-CV-05697-JHC<br><br>STIPULATED MOTION FOR AND ORDER FOR DISMISSAL<br><br>NOTED ON THE MOTION CALENDAR: AUGUST 5, 2024 |
| AUSTIN FITE,<br><br>　　　　　　Consolidated Plaintiff,<br>　v.<br><br>METROPOLITAN GROUP PROPERTY AND CASUALTY INSURANCE COMPANY, now known as FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY and METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, now known as FARMERS PROPERTY AND CASUALTY INSURANCE COMPANY, registered foreign insurers doing business in the State of Washington; and "JOHN AND JANE DOES" 1-10,<br><br>　　　　　　Consolidated Defendants. | |

## I. STIPULATED MOTION

The parties have reached a settlement of all claims, which settlement requires the dismissal of all claims and causes of action pending in this lawsuit. The parties therefore jointly ask the Court to dismiss all claims and causes of action brought by any party against any other party, with prejudice and without an award of fees, costs, or other expenses against either party.

DATED: August 5, 2024

| The Law Offices of Ben F. Barcus & Associates, PLLC | BULLIVANT HOUSER BAILEY PC |
|---|---|
| By: s/ *Paul Lindenmuth*, per email authorization<br>Paul Lindenmuth, WSBA #15817<br>Email: Paul@benbarcus.com<br>Ben Barcus, WSBA #15576<br>Email: ben@benbarcus.com<br><br>Attorneys for Austin Fite, Defendant and Consolidated Plaintiff | By: s/ *Joseph D. Hampton*<br>Joseph D. Hampton, WSBA #15297<br>E-mail: joseph.hampton@bullivant.com<br>Danielle N. McKenzie, WSBA #49715<br>E-mail: danielle.mckenzie@bullivant.com<br><br>Attorneys for Plaintiff and Consolidated Defendant Metropolitan Group Property and Casualty Insurance and Consolidated Defendant Metropolitan Property Insurance Company |

**ORDER**

Pursuant to the stipulation of counsel, it is hereby ordered that all claims between Plaintiff and Defendant, and between Consolidated Plaintiff and Consolidated Defendants, are hereby dismissed with prejudice and without an award of fees or costs to the parties.

DATED this 6th day of August, 2024.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT COURT